**09 CIV 00058**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

CAMOFI MASTER LDC,

                              Plaintiff,

Case No.

ECF CASE (AKH)

– against –

**RULE 7.1 STATEMENT**

LISKA BIOMETRY, INC., LISKA IMAGING, INC., DCS LISKA, INC., DCS LISKA EUROPE, INC., DCS EUROPE, INC. and DIGITAL CARD SYSTEMS, INC.,

                              Defendants.

----------------------------------------------------------------- X

Pursuant to Fed. R. Civ. P. § 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff CAMOFI (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                              NONE

Dated: December 23, 2008

                                                David C. Berg