UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CAMOFI MASTER LDC,

                              Plaintiff,

– against –

LISKA BIOMETRY, INC., LISKA IMAGING, INC., DCS
LISKA, INC., DCS LISKA EUROPE, INC., DCS EUROPE,
INC. and DIGITAL CARD SYSTEMS, INC.,

                              Defendants.
-----------------------------------------------------------------------X

Case No. 09 CIV 00058

ECF CASE (AKH)

**AFFIDAVIT**

-----------------------------------------------------------------------X
LISKA BIOMETRY, INC., LISKA IMAGING, INC., DCS
LISKA, INC., DCS LISKA EUROPE, INC., DCS EUROPE,
INC. and DIGITAL CARD SYSTEMS, INC.,

                            Third-Party Plaintiffs,

– against –

CENTRECOURT ASSET MANAGEMENT, LLC,

                            Third-Party Defendant.
-----------------------------------------------------------------------X

Case No. 09 CIV 00058

ECF CASE (AKH)

STATE OF NEW YORK      )
                              ) SS::
COUNTY OF NEW YORK  )

       MICHAEL LOEW, being duly sworn, deposes and says:

       1.     I am General Counsel of Plaintiff/Counterclaim Defendant CAMOFI MASTER LDC ("CAMOFI") and General Counsel and Chief Compliance Officer of Third-Party Defendant Centrecourt Asset Management, LLC ("Centrecourt") (CAMOFI and Centrecourt are hereinafter collectively referred to as "Movants"). I submit this affidavit in support of Movants' motion for an Order pursuant to FED. R. CIV. P. §§ 9(b), 12(b)(6) dismissing the Counterclaims and Third-Party

Complaint (hereinafter collectively referred to as "Counterclaims") of Defendants/Counterclaim Plaintiffs Liska Biometry, Inc., Liska Imaging, Inc., DCS Liska, Inc., DCS Liska Europe, Inc., DCS Europe, Inc. and Digital Card Systems, Inc. (collectively "Defendants") on the grounds that: (a) Defendants have failed to allege fraud in the inducement with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure and (b) the Counterclaims fail to state a claim upon which relief can be granted as against the Movants, and for such other and further relief as this Court deems just and proper.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Verified Answer and Counterclaims dated March 16, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' Third-Party Complaint dated March 20, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Terms of Use from Centrecourt's website (www.centrecourtam.com).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Term Sheet dated April 6, 2006 (and executed April 14, 2006) by and between Liska Biometry, Inc. and Digital Card Systems, Inc.

_____
Michael Loew

Sworn to before me this
7 day of April 2009

_____
Notary Public

Corey Meyer
Notary Public-State of New York
No.01ME6141104
Qualified in Nassau County
Commision Expires February 13, 2010