UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CAMOFI MASTER LDC,                          :
                                            :   **ORDER REGARDING**
                    Plaintiff,              :   **UPCOMING ORAL**
                                            :   **ARGUMENT**
        -against-                           :
                                            :   09 Civ. 58 (AKH)
LISKA BIOMETRY, INC., et al.,               :
                                            :
                    Defendants.             :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      As the parties are scheduled to appear for oral argument tomorrow, Plaintiffs should be prepared to show at the outset of the proceeding that diversity of citizenship exists between the parties, in light of the rulings in Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990) and Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 53 (2d Cir. 2000).

      SO ORDERED.

Dated:      New York, New York
            August 18, 2009

                                            /s/ Alvin K. Hellerstein
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/09