

**LAW OFFICES OF DAVID C. BERG**
425 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK 10017-1110

TEL: (212) 829-0400
FAX: (212) 829-9398

August 18, 2009

ORAL ARGUMENT SHALL BE ADJOURNED TO 8/28/09 at 11:30 AM.

So ORDERED

8·19·09

**By Facsimile (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09

Re:  *Camofi Master LDC v. Liska Biometry, Inc., et al.*
     Case No. 09 Civ. 00058 (AKH)

Dear Judge Hellerstein:

We are counsel to plaintiff/counterclaim-defendant Camofi Master LDC ("CAMOFI") and third- party defendant Centrecourt Asset Management, LLC ("Centrecourt") (CAMOFI and Centrecourt are hereinafter collectively referred to as "Movants") in the above referenced matter.

In light of your Honor's Order of today with regard to requesting a presentation at tomorrow's oral argument concerning diversity jurisdiction, we feel it is incumbent to speak in detail with CAMOFI's corporate counsel, concerning the formation of this entity and certain aspects of a Cayman Islands limited duration company. Unfortunately, we have learned that such counsel is away. We would therefore request that the Court grant a reasonable adjournment of tomorrow's scheduled oral argument (scheduled for 11 a.m.), until Thursday, August 27, 2009, so that we may be in a better position to access the facts necessary to respond appropriately to the Court's Order.

The undersigned has by e-mail received consent from Mr. Long to the adjournment. This is the first request for an adjournment of this oral argument

Respectfully submitted

David C. Berg

cc:  Steven K. Long, Esq. (By Email and Facsimile)