

**LAW OFFICES OF DAVID C. BERG**
425 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK 10017-1110

TEL: (212) 829-0400
FAX: (212) 829-9398

August 26, 2009

So ORDERED

[signature]
8/27/09

**By Facsimile (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

    Re:    *Camofi Master LDC v. Liska Biometry, Inc., et. al. ("Defendants").*
             *Case No. 09 Civ. 00058 (AKH)*

Dear Judge Hellerstein:

    We are counsel to plaintiff/counterclaim-defendant Camofi Master LDC ("CAMOFI") and third- party defendant Centrecourt Asset Management, LLC ("Centrecourt") (CAMOFI and Centrecourt are hereinafter collectively referred to as "Plaintiffs") in the above referenced matter.

    In light of Defendants' request for an adjournment of the oral argument scheduled for this Friday, August 28, 2009 at 11:30 a.m. (as memorialized in the accompanying letter), after the undersigned's speaking with the Court's law clerk, Leo, this morning, the undersigned and Defendants' counsel are in agreement to adjourn the oral argument to Wednesday, September 9, 2009 at 4:00 p.m.

                                Respectfully submitted

                                David C. Berg

Enclosure
cc:    Steven K. Long, Esq. **(By Email and Facsimile)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/09

# LAW OFFICES OF DAVID C. BERG
### 425 MADISON AVENUE, 11TH FLOOR
### NEW YORK, NEW YORK 10017-1110

TEL: (212) 829-0400
FAX: (212) 829-9398

August 24, 2009

**By Facsimile (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

    Re:    *Camofi Master LDC v. Liska Biometry, Inc., et. al.* ("*Defendants*").
             Case No. 09 Civ. 00058 (AKH)

Dear Judge Hellerstein:

    We are counsel to plaintiff/counterclaim-defendant Camofi Master LDC ("CAMOFI") and third- party defendant Centrecourt Asset Management, LLC ("Centrecourt") (CAMOFI and Centrecourt are hereinafter collectively referred to as "Plaintiffs") in the above referenced matter.

    In light of your Honor's Order of August 18, 2009 seeking a presentation at oral argument concerning diversity jurisdiction, counsel for Plaintiffs and Defendants have been discussing the matter and attempting to reach a mutually agreeable conclusion concerning proceeding forward as to that issue. Defendants' counsel has advised the undersigned that his client contact is out of the country until the end of this week and has, therefore, requested an adjournment of the oral argument on Plaintffs' motion to dismiss Defendants' counterclaims and third-party complaint scheduled for Friday, August 28, 2009 at 11:30 a.m. The undersigned has consented to such adjournment request. Counsel for Defendants' and Plaintiffs are both amenable to adjourned dates of September 4 or September 11, 2009. This is the second request for an adjournment, and Defendants' counsel's first such request.

                                     Respectfully submitted

                                     David C. Berg

cc:     Steven K. Long, Esq. (**By Email and Facsimile**)