UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CAMOFI MASTER LDC,                              :

                          Plaintiff,      :    **ORDER OF DISMISSAL**

                                                :    09 Civ. 58 (AKH)

                -against-              :

LISKA BIOMETRY, INC., et al.,                   :

                         Defendants.     :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On September 9, 2009, the parties appeared before me for oral argument

on Plaintiff's and Third-Party Defendant's Motion to Dismiss Defendant's

Counterclaims, pursuant to Rule 12(b)(6). Plaintiff conceded that subject matter

jurisdiction did not exist. Before any oral argument had taken place, the parties agreed

that the case is dismissed without prejudice and without costs.

       The Clerk shall mark the case as closed.

       SO ORDERED.

Dated:       New York, New York
             September 14, 2009

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
9/14/09